UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN M. ANEST,<br><br>               Plaintiff,<br><br>  vs.<br><br>OFFICER TUFSRUD and SARGENT COOK,<br><br>               Defendants. | NO.  CV-06-0169-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

     Magistrate Judge Leavitt filed a Report and Recommendation on September 14, 2006, recommending that Plaintiff's motion for a restraining order (Ct. Rec. 28) be denied.  (Ct. Rec. 32).  Neither party submitted timely objections to the Report and Recommendation.

     Having reviewed the September 14, 2006, Report and Recommendation, and there being no objections thereto, said Report and Recommendation **(Ct. Rec. 32)** is **ADOPTED** in its entirety.  Accordingly, P laintiff's motion for a restraining order **(Ct. Rec. 28)** is **DENIED**.

     IT IS SO ORDERED.  The District Court Executive shall forward a copy of this order to Plaintiff and counsel.

     DATED this    16th    day of October 2006.

                                                       s/Edward F. Shea
                                                       EDWARD F. SHEA
                                      UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\06cv0169.Anest.Ord. Adopt.R&R.TRO.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 1