UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN M. ANEST,<br><br>            Plaintiff,<br><br>    vs.<br><br>OFFICER TUFSRUD and SARGENT COOK,<br><br>            Defendants. | NO.  CV-06-0169-MWL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Leavitt filed a Report and Recommendation on April 4, 2007, recommending that Defendants' motion for summary judgment (Ct. Rec. 64) be granted and that Plaintiff's complaint be dismissed with prejudice. (Ct. Rec. 79). Neither party submitted timely objections to the Report and Recommendation.

Having reviewed the April 4, 2007, Report and Recommendation, and there being no objections thereto, the Court **ADOPTS** the Report and Recommendation **(Ct. Rec. 79)** in its entirety. Accordingly, Defendants' motion for summary judgment **(Ct. Rec. 64)** is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, forward a copy to Plaintiff and counsel for Defendants and **close the file.**

**DATED** this ___8th___ day of May 2007.

                                                S/ Edward F. Shea
                                                  EDWARD F. SHEA
                                       UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2