AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JUSTIN M. ANEST,

                Plaintiff,

                                                          JUDGMENT IN A CIVIL CASE

                  v.

OFFICER TUFSRUD and SARGENT COOK,

                                                          CASE NUMBER: CV-06-0169-MWL

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is Dismissed With Prejudice.

Judgment is entered in favor of Defendants against Plaintiff.

May 9, 2007                                                  JAMES R. LARSEN
*Date*                                                        *Clerk*

                                                                s/ Pam Howard

                                                                 *(By) Deputy Clerk*

                                                                Pam Howard